IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

SARAH KENNARD and TONI PILCHER, )
)
Plaintiff, )
)
v. )
) Civil Action:4:14-cv-00139-WTM
) <u>Jury Trial demanded</u>
ANOTHER ADVENTURE DAY CARE, LLC. )
)
Defendant. )

## ORDER ON CONSENT MOTION TO SEAL FILED DOCUMENTS NOT REDACTED

PLAINTIFF Toni Pilcher moved the Court pursuant to Fed. R. Civ. P. 5.2 (e)(2) and (f) to seal and/or limit or prohibit a nonparty's remote electronic access to the following documents filed with the Court on March 30, 2015 because the documents were not properly redacted :

| | | |
|---|---|---|
| Doc. #46-5 | Doc. #46-12 | Doc. #46-21 |
| Doc. #46-7 | Doc. #46-16 | Doc. #46-22 |
| Doc. #46-8 | Doc. #46-17 | Doc. #46-23 |

Defendant has consented to the Motion. For good cause shown, Plaintiff's Motion is GRANTED.

SO ORDERED,

This 1st day of April, 2015

Judge G. R. Smith