IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

SARAH KENNARD and TONI PILCHER, )
)
Plaintiff, )
)
v. )
) Civil Action: 4:14-cv-00139-WTM
) <u>Jury Trial demanded</u>
ANOTHER ADVENTURE DAY CARE, LLC. )
)
Defendant. )

## ORDER ON CONSENT MOTION TO SEAL FILED DOCUMENTS NOT REDACTED

Plaintiff Sarah Kennard moved the Court pursuant to Fed. R. Civ. P. 5.2 (e)(2) and (f) to seal and/or limit or prohibit a nonparty's remote electronic access to the following documents filed with the Court on March 30, 2015 because the documents were not properly redacted:

| | | |
|---|---|---|
| Doc. #45-5 | Doc. #45-14 | Doc. #45-22 |
| Doc. #45-9 | Doc. #45-15 | Doc. #45-24 |
| Doc. #45-10 | Doc. #45-16 | Doc. #45-25 |

Defendant has consented to the Motion. For good cause shown, Plaintiff's Motion is GRANTED.

SO ORDERED,

This 8th day of April, 2015

Magistrate Judge G. R. Smith