FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2015 NOV 10 AM 11: 56
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| SARAH KENNARD and TONI PILCHER, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ANOTHER ADVENTURE DAY CARE, ) <br> LLC, ) <br> ) <br> Defendant. ) <br> ) | CASE NO. CV414-139 |

## O R D E R

Before the Court are Plaintiffs Sarah Kennard (Doc. 61) and Toni Pilcher's (Doc. 62) Stipulations of Dismissal With Prejudice. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, all claims in this case are **DISMISSED WITH PREJUDICE**. Each party in this action shall bear its own costs and attorney fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 10<sup>TC</sup> day of November 2015.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA